Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Charlotte Division

FILED
CHARLOTTE, NC
JUL 14 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Daven Leon Fetherson
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Charlotte, Charlotte Mecklenburg County Police Department, Officer C. Roberts, Officer J.R. Decker, Spencer B. Merriweather III, Maria F. Caino
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:25-CV-508-MR
(to be filled in by the Clerk's Office)

False Imprisonment

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(18) pages

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Daven Leon Fetherson
All other names by which you have been known: "Twin"
ID Number: 0582492
Current Institution: Central Prison
Address: 1300 Western Blvd
Raleigh, NC 27606

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: City of Charlotte
Job or Title (if known): Queen City
Shield Number:
Employer: Civil Service Commission
Address: 600 E. Fourth Street
Charlotte, NC 28202
[✓] Individual capacity [✓] Official capacity

Defendant No. 2
Name: Charlotte Mecklenburg County Police Department
Job or Title (if known): Police Department
Shield Number:
Employer: Law Enforcements
Address: 601 E. Trade Street
Charlotte, NC 28202
[✓] Individual capacity [✓] Official capacity

Defendant No. 3
Name: C. Roberts
Job or Title *(if known)*: Police Officer
Shield Number:
Employer: Charlotte Mecklenburg County Police Department
Address: 601 E. Trade Street
Charlotte, NC 28202
City / State / Zip Code

☑ Individual capacity ☑ Official capacity

Defendant No. 4
Name: J. R. Decker
Job or Title *(if known)*: Police Officer
Shield Number: P5163
Employer: Charlotte Mecklenburg County Police Department
Address: 601 E. Trade Street
Charlotte, NC 28202
City / State / Zip Code

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th, 5th, 6th, 8th, 13th, and 14th Amendment of the Federal Constitution, and Article 1 § 17, 18, 19, 23, and 27 of the North Carolina Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

See [Attachment] Defendant(s)

B. The Defendant(s)

Defendant No. 5

  Spencer B. Merriweather, III
  Prosecutor
  Bar I.D. # 36247
  District Attorney
  700 E. Trade Street
  Charlotte, NC 28202

  ☑ Individual capacity    ☑ Official capacity

Defendant No. 6

  Maria F. Caino
  Prosecutor
  Bar I.D. # 42724
  Assistant District Attorney
  700 E. Trade Street
  Charlotte, NC 28202

  ☑ Individual capacity    ☑ Official capacity

See [Attachment] Basis for Jurisdiction

## II. Basis for Jurisdiction

D.

(Defendant No. 1) Has violated the Plaintiff 4th and 14th Amendment right of the Federal Constitution guaranteed to oneself against illegal-searches-and-seizures. Which Plaintiff arrest on June 1, 2021 in the City of Charlotte, that employ the law enforcement officers authority to arrest Plaintiff was unconstitutional, and enforced under color of State Law that led to the Plaintiff false imprisonment.

(Defendant No. 2) Has violated the Plaintiff 4th, 5th, 6th, 8th, and 14th Amendment right of the Federal Constitution guaranteed to oneself which Defendant hire the arresting officers who made the unlawful arrest of Plaintiff on June 1, 2021 and enforced under color of State Law that lead to Plaintiff false imprisonment. Plaintiff was never picked out in a photo lineup identification procedure.

(Defendant No. 3) Has violated the Plaintiff 4th and 14th Amendment right of the Federal Constitution guaranteed to oneself. Defendant filed perjured information on affidavit to obtain warrant arrest to arrest Plaintiff on June 1, 2021. Accusing Plaintiff of being a convicted, "Firearm by Felon," when all the while, Plaintiff felony convictions was expunged under Federal Law in the year "2019" by, Ms. Bonnie Price, Federal Probation Officer of Western District, Charlotte Division, after (3) years completion federal probation for an 922(g). Defendant arrested Plaintiff under color of State Law that led to Plaintiff false imprisonment.

See [Attachment] Basis for Jurisdiction

(Defendant No. 4) Has violated Plaintiff 4th and 14th Amendment Right of the Federal Constitution guaranteed to oneself. Defendant arrested Plaintiff on June 1, 2021 on alleged outstanding warrants which Plaintiff learned that Defendant didn't have probable cause to arrest. Nor was Miranda Rights read to Plaintiff when he was arrested by Defendant which can clearly be seen on the Defendant's body cam which led to Plaintiff false imprisonment.

(Defendant No. 5) Plaintiff was deprived of federal rights by the Defendant, (deprivation of rights under color of law), and equal protection of rights guaranteed by the Federal Constitution. This breach of duty is not only a showing of bad faith by the Defendant, but can easily provide motive of Defendant action to overthrow the form of government, by continuously disobeying the anti-advocacy provision of the constitutional oath of office. Defendant has violated oath of office to take advantage, position of trust to hurt, and harm Plaintiff who is confined at Raleigh, NC, Central Prison under false imprisonment, deprived of liberty without due process of law guaranteed to oneself by the 14th Amendment of the Federal Constitution. Plaintiff notice of hearing was also ignored by Defendant, failure to exhaust State administrative remedies. Absent proof of jurisdiction over a person and subject matter the case must be dismissed. In failure to state a claim, or an answer to Plaintiff pretrial motions

## See [Attachment] Basis for Jurisdiction

(Defendant No. 6) Plaintiff was deprived of federal rights by the Defendant, (deprivation of rights under color of law), and equal protection of rights guaranteed by the Federal Constitution. This breach of duty is not only a showing of bad faith by the Defendant, but can easily provide motive of Defendant action to overthrow the form of government, by continuously disobeying the anti-advocacy provision of the constitutional oath of office. Defendant has violated oath of office to take advantage, position of trust to hurt, and harm Plaintiff who is confined at Raleigh, N.C., Central Prison under false imprisonment, deprived of liberty without due process of law guaranteed to oneself by the 14th Amendment of the Federal Constitution. Plaintiff notice of hearing was also ignored by Defendant, failure to exhaust State administrative remedies. Absent proof of jurisdiction over a person and subject matter the case must be dismissed. In failure to state a claim, or an answer to Plaintiff pretrial motions.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* **Safe Keeper from Mecklenburg County**

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See [Attachment] Statement of Claim

IV. Statement of claim

A.

(Claim No. 1) On June 1, 2021 in the City of Charlotte, NC at 6:10 pm Plaintiff was arrested by Charlotte Mecklenburg County Police Department on Sunset Rd near intersection of Beatties Ford Rd on alleged outstanding warrants of an shooting which Plaintiff "Miranda Rights" was never read by law enforcement officers which can clearly be seen on the officers body cam. Also the money taken off person, Daven Leon Fetherson, was never counted in front of him which was $3,500. Police officers claims after arrest that the dollar amount was $1,800. Plaintiff arrest was basis off an hunch of an anonymous "prank call" in that no probable cause existed for the Plaintiff arrest. Plaintiff was never picked out in a photo lineup identification procedure of a crime. The mugshot that was used against Plaintiff that was an illegal procedure identification was an photo of Plaintiff's brother, Dana Deon Fetherson, federal warrant arrest mugshot. Whom ever the prankster is who target Plaintiff with false information of a shooting Plaintiff don't know nothing about allegedly disguised their phone number as mine which Charlotte Mecklenburg County Police Department used cellphones company records to locate Plaintiff location to make the hastedly unlawful arrest. Which 4th and 14th Amendment of the Federal Constitution provides protection to peoples privacy interest in this information as well, persons, houses, papers, effects, against illegal searches and seizures. No photo lineup of Plaintiff, Daven Leon Fetherson

See [Attachment] Statement of Claim

B.

(Claim No. 2) Plaintiff enter Meck. Co. Jail Central with arresting officers, C. Roberts, who issue the outstanding warrants, and officer, J.R. Decker, on June 1, 2021. When Plaintiff was called inside the booth by magistrate, Felicia H. Wilson, by intercom, Plaintiff saw officer, C. Roberts, standing inside the booth with the magistrate which Plaintiff truly believe that the perjured information was given to the magistrate then that Plaintiff was an convicted "Firearm by Felon" to get Plaintiff into custody illegally in that no probable cause existed for Plaintiff arrest. When all the while, Plaintiff felony convictions was expunged in "2019" under federal law.

(Claim No. 3) On October 8, 2021 after (A)M court, courtroom 5310, prosecutor, Maria F. Caino, and Superior Court Judge presiding order (Major) Zaneika Parker, and 7 or 8 dentention officers to take discovery away from Plaintiff. Plaintiff learned that discovery was to charge, Felony Conspiracy, case No. 21CRS008755, that was pending under inactive status after probable cause hearing. Plaintiff was charged with Felony Conspiracy on June 23, 2021 while in custody. Discovery being force- fully taken from Plaintiff was capture on jail pod camera's in pod 3630 Meck. Co. Jail Central. Actual discovery to charges of Plaintiff arrest has been withheld through out the criminal case by, Maria F. Caino, who falsified a State Witness in the case to keep discovery away from Plaintiff to bluff him. There's (N)o proof of this State witness name, address, gender, race, or forensic's of crime that Plaintiff allegedly had committed on June 1, 2021. Nor was gun shot Residue Kit

## See [Attachment] Statement of Claim

B.
(Claim No. 4) On January 20, 2022 Plaintiff was transferred from Jail Central Meck. Co, to Raleigh, N.C. to be placed in safe keeping at Central Prison under a false intimidation witness claim to detain and keep Plaintiff under false imprisonment, deprived of liberty without due process of law. False imprisonment is obviously noticeable, and in "bad faith" by both prosecutors, Spencer B. Merriweather III, and Maria F. Caino. That set outrageous gap's between each court date Plaintiff attended court while being confined at Central Prison as a (Pro Se) under safe keeper status. Outrageous gap's between court dates, April 25, 2022, to court date April 8, 2024, jury trial date set December 26, 2024. Which after the jury trial date passed, Plaintiff case was not showing up on Meck. Co. Superior Court-Court Docket until mid February 2025 which another jury trial date was set again December 26, 2025 knowing no courts in the U.S. is open day after "Christmas Day" is proof of motive of false imprisonment. Plaintiff filed two Notice of Hearing with the Clerk of Superior Court Meck. Co. to have his pretrial motions heard which Defendants 1, 5, and 6 ignored Plaintiff request to hear motions. Plaintiff also filed (3) Speedy Trial Motions with the Clerk of Superior Court Meck. Co. 6th Amendment right by the Federal Constitution which was violated by Defendants 1, 5, and 6 after the (180) days statute has expired. Plaintiff filed motion to dismiss in failure of the State of N.C. to bring Plaintiff to his trial. Plaintiff also wrote a letter to the N.C. SBI on Sept 25, 2022 asking for discovery of June 1, 2021 arrest. Response back dated Sept 29, 2022 by, Angel E. Gary, General Counsel was that she was unable to locate an investigative file indexed under the Plaintiff name, Daven Leon Fetherson, in the SBI database. Plaintiff was falsely arrested on June 1, 2021 by Defendant(s) 1, 2, 3, and 4, and now detained under false imprisonment. Plaintiff (court files has also been alter by Defendant(s) 1, 5, and 6.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur? False Arrest happen at 6:10 pm by CMPD on June 1, 2021. Plaintiff enter jail with arresting officers around 6:50pm or 7:10pm on June 1, 2021. Discovery taken away from Plaintiff around 12:30 or 1pm on October 8, 2021. Plaintiff transferred to Central Prison around 12 noon or 1pm from Jail Central Mecklenburg County on January 20, 2022.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Falsely arrested for a crime I did not commit by the City of Charlotte Meck. Police Department. Taser gun was pulled out on plaintiff when discovery was being forcefully taken away which other inmates inside their cell heard the physical altercation between me and jail officers which the jail pod camera's capture the whole incident in pod 3630 Jail Central. False imprisonment, whole Unit-2 of Central Prison knows about my situation trying to get back to court to be heard on pending charges.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. No physical injuries, just emotional damages, pain and suffering, emotional distress, and anxiety, mental anguish, injury to health taken (2) HBP medication instead of one now.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff is Requesting for dollar amount of $6,000,000 for punitive damage he endured while incarcerated for a crime he did not commit, and was falsely arrested in that no probable cause existed. Compensated for abuse of process, mental anguish, pain and suffering, anxiety which Plaintiff has Hypertension 2 high blood pressure and is now taking 2 HBP medications instead of one. Intentional infliction of Emotional distress of being denied "Open Court" to be heard on pending charges to try and get home Public humiliation and embarrassment, injury to Reputation, malicious prosecution, and false imprisonment which the police knew their arrest wasn't justified but still arrested me. Prosecution try to proceed when they failure to exhaust plaintiff administrative remedies rather pretrial motions be granted or denied. Plaintiff feel under 1983 he is entitle to $6,000,000 for punitive damage, unlawfully detained without due process of law for 4 years demanding for release or imprisonment, and custody. Plaintiff also

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jail Central Mecklenburg County and Central Prison, Raleigh, NC

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Because my complaint is against the City of Charlotte, C.M.P.D. and two prosecutors, and two police officers

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S.D.C. Western District of North Carolina, Charlotte Division on June 11, 2025

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Daven Leon Fetherson # 0582492
   Defendant(s) City of Charlotte, C.M.P.D. C.Roberts, J.R. Decker, Spencer B. Merriweather III, Maria F. Caino

2. Court *(if federal court, name the district; if state court, name the county and State)*
   (Federal) Western District of North Carolina, Charlotte Division

3. Docket or index number
   3:25-cv-00307-FDW-DCK

4. Name of Judge assigned to your case
   Frank D. Whitney

5. Approximate date of filing lawsuit
   May 6, 2025

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. 06/17/2025

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* My civil suit was dismissed without prejudice in failure to pay the filing fee of $405.00. No appeal was made.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/01/2025

Signature of Plaintiff: Daven Leon Fetherson
Printed Name of Plaintiff: Daven Leon Fetherson
Prison Identification #: 0582492
Prison Address: 1300 Western Blvd
Raleigh, NC 27606

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____